1  BARRY J. PORTMAN
   Federal Public Defender
2  JOSH COHEN
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant OSAI
6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )  No. CR-3-07-70134 JCS
                                    )
12              Plaintiff,          )  STIPULATION AND [PROPOSED]
                                    )  ORDER PERMITTING DEFENDANT TO
13         v.                       )  TRAVEL TO THE EASTERN DISTRICT
                                    )  OF CALIFORNIA
14 SISILIA OSAI,                    )
                                    )
15              Defendant.          )
   _____)
16

17     On March 7, 2007, defendant Sisilia Osai made her initial appearance before this Court

18 on an indictment filed in the District of Hawaii charging her with conspiracy to possess with

19 intent to distribute methamphetamine. Having executed the necessary forms to effect a transfer

20 of the case to this district under Rule 20 of the Federal Rules of Criminal Procedure, the parties

21 are presently awaiting the arrival of the court file. Ms. Osai is free on bond under conditions set

22 by this Court. One such condition is that the defendant may not travel outside the Northern

23 District of California without the Court's permission.

24     Ms. Osai has an aunt who resides in Sacramento, where she was recently admitted to a

25 hospice after a long battle with cancer. Ms. Osai wishes to travel by car to Sacramento for the

26 purpose of visiting her aunt at the hospice.

CR-3-07-70134 JCS; TRAVEL STIP & ORDER        1

Because Sacramento is located in the Eastern District of California, she cannot travel to Sacramento under her current conditions of release. United States Pretrial Services Officer Betty Kim has advised defense counsel that she does not object to a modification of Ms. Osai's release conditions to permit her to travel to and from the Eastern District of California provided that she first obtains permission from Pretrial Services and complies with any restrictions that Pretrial Services may impose on such travel.

Accordingly, the parties agree and stipulate that Ms. Osai's conditions of release should be modified as follows: Ms. Osai shall be permitted to travel by car to and from the Eastern District of California with the advance permission of, and as directed by, Pretrial Services.

IT IS SO STIPULATED.

Dated: 9/11/07
_____/s/_____
BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender

Dated: 9/11/07
_____/s/_____
SCOTT N. SCHOOLS
United States Attorney
KIRSTIN AULT
Assistant United States Attorney

**ORDER**

Accordingly, and for good cause shown, the defendant's conditions of pretrial release shall be modified as follows: The defendant shall be permitted to travel by car to and from the Eastern District of California with the advance permission of, and as directed by, United States Pretrial Services. All other conditions shall remain in effect.

IT IS SO ORDERED.

Dated: Sept. 12, 2007
_____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

CR-3-07-70134 JCS; TRAVEL STIP & ORDER     2